**Rebecca P. Mendribil (SB# 262840)**
414 Aviation Blvd.
Santa Rosa, CA 95403
Tel: (707) 528-2082
Fax: (707) 578-3140

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

\*\*\*\*\*\*

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40<br><br>Defendants. | Case No.: **1:09-cv-01344-OWW-GSA**<br><br>**ORDER RE: HEARING ON DISMISSAL FOR LACK OF PROSECUTION** |

Satisfactory proof having been made and good cause appearing, based on Counsel for the Plaintiff's substitution and appearance,

IT IS ORDERED THAT:

　　Plaintiff's case will not be dismissed at this time for failure to prosecute.

IT IS SO ORDERED.

Dated: **April 27, 2010**　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RE: DISMISSAL FOR LACK OF PROSECUTION - 1