**DAN FARRAR**
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants,
COUNTY OF STANISLAUS
and WILLIAM POOLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 to 40,<br><br>Defendants. | No.  1:09-CV-01344  OWW SKO<br><br>STIPULATION AND ORDER OF DISMISSAL |

    The plaintiffs, by and through their attorney, and defendant, William Pooley, by and through his attorney, stipulate that defendant WILLIAM POOLEY be dismissed from this action without prejudice.  This dismissal is based upon facts as they are currently known to the parties, which do not give rise to a cause of action against defendant Pooley.  In the event that plaintiffs discover facts through discovery and further investigation which would support a cause of action against defendant Pooley, then plaintiffs may name William Pooley as a defendant and bring him back into the action.  However, if this is done, it must be done no later than six months prior to

///

the court's initial non-expert discovery deadline, which has not yet been ordered.  William Pooley does not waive any defenses.

Date:  September 16, 2010        /s/ Rebecca Mandribil
                                 (As authorized 9-14-2010)
                                 _____
                                 Rebecca Mandribil
                                 Attorney for Plaintiffs

Date:   September 16, 2010       /s/ David Nick
                                 (As authorized 9-14-2010)
                                 _____
                                 David Nick
                                 Attorney for Plaintiffs

Date:  September 16, 2010        /s/ Dan Farrar
                                 _____
                                 Dan Farrar
                                 Attorney for Defendants
                                 County of Stanislaus and William Pooley

## ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that

Defendant WILLIAM POOLEY is dismissed from this action without prejudice.  If plaintiffs develop facts after this dismissal which plaintiffs contend support a viable cause of action against William Pooley, the plaintiffs may name him as a defendant.  If plaintiffs so choose, they must do so prior to six months before the initial non-expert discovery deadline ordered by this court.

IT IS SO ORDERED.

**Dated:   September 16, 2010**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE