JAMES T. ANWYL, SBN 78715 jtanwyl@anwylaw.com
LYNN A. GARCIA, SBN 131196 lag@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
P.O. Box 269127
Sacramento, California 95826-9127
Telephone:      (916) 565-1800
Telecopier:     (916) 565-2374

Attorneys for Defendants ANDREW J. FORD
and COUNTY OF TUOLUMNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- FRESNO DIVISION

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISION J. DEMOURA<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40.<br><br>Defendants. | CASE NO. 1:09-CV-01344-OWW-SKO<br><br>**ORDER REGARDING MOTION TO DISMISS FILED BY DEFENDANTS FORD AND COUNTY OF TUOLUMNE**<br><br>Date:       November 15, 2010<br>Time:       10:00 a.m.<br>Courtroom:  3<br><br>The Honorable Oliver W. Wanger |

This matter came on as regularly scheduled for hearing on November 15, 2010, in the above-entitled Court. Plaintiffs appeared by their attorney, Rebecca P. Mendribil and defendants County of Tuolumne and Andrew Ford appeared by their attorney, Lynn A. Garcia. No other parties were present.

After hearing, the Court granted counsel's request to submit supplemental briefing on whether the exhaustion requirement of the California Tort Claims Act applies to claims brought against an individual. Defendants filed a supplemental brief on November 17, 2010. Plaintiffs filed a response to defendants' supplemental brief on November 22, 1010. Thereafter, the matter was deemed submitted.

On December 27, 2010, the Court issued its Memorandum Decision Regarding Motion to Dismiss (Document 46), which Ordered as follows:

1. That the First Cause of Action for "Violations of Constitutional Rights -- Unlawful Search" pursuant to 42 U.S.C. Section 1983 is hereby DISMISSED against the County of Tuolumne, without prejudice;

2. That the Third Cause of Action, pursuant to 42 U.S.C. Section 1983, is hereby DISMISSED against the County of Tuolumne, without prejudice;

3. That the Fifth Cause of Action alleged under state law is hereby DISMISSED against the County of Tuolumne, with prejudice;

4. That the Eighth Cause of Action alleged under state law is hereby DISMISSED against the County of Tuolumne, with prejudice;

5. That the motion to dismiss Andrew Ford from the First Cause of Action for "Violations of Constitutional Rights -- Unlawful Search," pursuant to 42 U.S.C. Section 1983, is hereby denied;

6. That the Third Cause of Action for "Conspiracy," pursuant to 42 U.S.C. Section 1983, is hereby DISMISSED against Andrew Ford, without prejudice;

7. That the stand alone claim in the Fifth Cause of Action for "Violations of California Constitution, Section 1, Article 13" is hereby DISMISSED against defendant Andrew Ford, with prejudice;

8. That the claim in the Eighth Cause of Action for "Violations of the Unruh Act" is hereby DISMISSED against Andrew Ford, with prejudice; and

9. Each of the remaining claims in the Fifth Cause of Action and the Eighth Cause of Action alleged under state law are hereby DISMISSED against Andrew Ford, without prejudice.

Plaintiffs are granted leave to file a Second Amended Complaint by January 18, 2011, in accordance with the above orders.   Defendants shall file a response within ten days of service of the Second Amended Complaint.

1 **IT IS SO ORDERED.**
2
3
4
5 DATED: _January 14, 2011           /s/ Oliver W. Wanger
6                                   UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28