**J. David Nick** (SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**E. D. Lerman** (SB#241471)
695 South Dora Street
Ukiah CA, 95482
Tel:  (707) 468-8300
Fax: (707) 937-2209

**Rebecca P. Mendribil** (SB# 262840)
414 Aviation Blvd
Santa Rosa, CA 95403
Tel: (707) 528-2082
Fax: (707) 578-3140

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

* * * * * *

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40.<br><br>Defendants. | CASE NO.: 09-CV-01344 OWW SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

1  WHEREAS Plaintiff filed a Second Amended Complaint in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION entitled ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA vs. ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNY, CITY OF OAKDALE, and DOES 1 through 40, USDC Eastern District Case No. 09-CV-01344-OWW-GSA, on January 18, 2011;

WHEREAS Defense Counsel has raised concern with the use of the term "employee" in the Second Amended Complaint.  Plaintiffs currently believe that the use of the term "employee" and "agent" in the Second Amended Complaint is proper, however, in light of the concerns Plaintiff will further research the issue to ensure that Defense Counsels' concerns are with or without merit and Amend or Strike the Second Amended Complaint as necessary;

WHEREAS the initial deadline for Defendants to answer or otherwise respond to the Second Amended Complaint was 10 days from the date of service of the Second Amended Complaint;

WHEREAS Plaintiff has agreed to extend the time for Defendants to answer or otherwise respond to the Complaint through and including February 22, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the new deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint is through and including February 22, 2011.

**IT IS SO STIPULATED**.


---------------/s/-----------------

Rebecca Mendribil
Attorney for Plaintiffs


---------------/s/-----------------
J. David Nick
Attorney for Plaintiffs

1  ---------------/s/-----------------
**Kimberly E. Colwell**
2  Attorney for **Jason Tosta**

3

4  ---------------/s/-----------------
5  **James Francis Wilson**
Attorney for **Gary Guffey**
6

7
---------------/s/-----------------
8  **Eric Daniel Farrar**
Attorney for **County of Stanislaus**
9

10  ---------------/s/-----------------
11  **Lynn Garcia**
Attorney for **County of Tuolumne and Andrew Ford**
12

13  ---------------/s/-----------------
**Bradley A. Post**
14  Attorney for **City of Oakdale**

15  **ORDER**

16
    Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the time for
17
Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint is
18
extended to February 22, 2011.
19

20  IT IS SO ORDERED.

21
    Dated:   **January 25, 2011**              **/s/ Oliver W. Wanger**
22                                                UNITED STATES DISTRICT JUDGE

23

24

25

26