**J. David Nick** (SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**E. D. Lerman** (SB#241471)
695 South Dora Street
Ukiah CA, 95482
Tel:  (707) 468-8300
Fax: (707) 937-2209

**Rebecca P. Mendribil** (SB# 262840)
414 Aviation Blvd
Santa Rosa, CA 95403
Tel: (707) 528-2082
Fax: (707) 578-3140

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

* * * * * *

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40.<br><br>Defendants. | CASE NO.: 09-CV-01344 OWW SKO<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1  WHEREAS Plaintiff filed a Second Amended Complaint in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION entitled ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA vs. ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNY, CITY OF OAKDALE, and DOES 1 through 40, USDC Eastern District Case No. 09-CV-01344-OWW-GSA, on January 18, 2011;

WHEREAS the facts as they are currently known to the parties do not give rise to a cause of action against defendant TUOLUMNE COUNTY;

WHEREAS plaintiffs, by and through their attorney, and defendant Tuolumne County, by and through their attorney, stipulate that defendant TUOLUMNE COUNTY be dismissed from this action without prejudice, and that all parties carry their own costs and attorney's fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that defendant TUOLUMNE COUNTY be dismissed from the action without prejudice.

**IT IS SO STIPULATED**.

Date: January 24, 2011


-------------/s/---------------
Rebecca Mendribil
Attorney for Plaintiffs

Date: January 24, 2011

-------------/s/---------------
J. David Nick
Attorney for Plaintiffs

Date: January 24, 2011

----------/s/----------------------
Lynn A. Garcia,
Attorney for County of Tuolumne and Andrew Ford

Date:  January 24, 2011

**ORDER**

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that defendant TUOLUMNE COUNTY be dismissed without prejudice from this action and that all parties carry their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: __**January 25, 2011**__          _____**/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE