SUSANA ALCALA WOOD, SB#156366
JAMES F. WILSON, Senior Deputy City Attorney, SB#107289
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendant
Gary Guffey

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| **ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA,**<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40,**<br><br>　　　　　Defendants. | No. 1:09-CV-01344-OWW-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The plaintiffs, by and through their attorneys, and defendant, Gary Guffey, by and through his attorney, stipulate that defendant GARY GUFFEY be dismissed from this action without prejudice. This dismissal is based upon facts as they are currently known to the parties, which do not give rise to a cause of action against defendant Guffey. In the event that plaintiffs discover facts through discovery and further investigation which would support a cause of action against defendant Guffey, then plaintiffs may name Gary Guffey as a defendant and bring him back into the action. However, if this is done, it must be done no later than six months prior to the court's initial non-expert discovery deadline, which has not yet been ordered.

　　　William Pooley does not waive any defenses.

1        The parties to this agreement hereby further stipulate and agree that each party shall bear his
2 or her own costs of litigation through this point in the action.

4 Dated: February 15, 2011        Respectfully submitted,

5        LAW OFFICES OF REBECCA MANDRIBIL

7          /S/ RM
       REBECCA MANDRIBIL
8        Attorney for Plaintiffs

10 Dated: February 15, 2011        LAW OFFICES OF J. DAVID NICKS

12          /S/J.DN
       J. DAVID NICKS
13        Attorney for Plaintiffs

15 Dated: February 15, 2011        SUSANA ALCALA WOOD
       City Attorney

17        By /S/ JFW
         JAMES F. WILSON
         Senior Deputy City Attorney
18          Attorneys for Defendant Gary Guffey

22 ///
24 ///
26 ///
28 ///

**ORDER**

Pursuant to stipulation of the parties, **IT IS HEREBY ORDERED** that Defendant GARY GUFFEY is dismissed from this action without prejudice. If plaintiffs develop facts after this dismissal which plaintiffs contend support a viable cause of action against Gary Guffey, the plaintiffs may name him as a defendant. If plaintiffs so choose, they must do so prior to six months before the initial non-expert discovery deadline ordered by this court.

Each party to this agreement shall bear his or her own costs incurred in the litigation of the case through this dismissal.

IT IS SO ORDERED.

**Dated:   February 15, 2011**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE