**Rebecca P. Mendribil** (SB# 262840)
414 Aviation Blvd
Santa Rosa, CA 95403
Tel: (707) 528-2082
Fax: (707) 578-3140

**J. David Nick** (SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

* * * * * *

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40.<br><br>Defendants. | CASE NO.: 09-CV-01344 OWW (GSA)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

1  WHEREAS Plaintiff filed a Second Amended Complaint in the UNITED STATES

2  DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

3  entitled ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor

4  through Guardian ad Litem, ADDISON J. DEMOURA vs. ANDREW J. FORD, JASON

5  TOSTA, COUNTY OF STANISLAUS, CITY OF OAKDALE, and DOES 1 through 40, USDC

6  Eastern District Case No. 09-CV-01344-OWW-GSA, on January 18, 2011;

7

8  WHEREAS Defendant Andrew Ford filed a Motion to Dismiss the Second

9  Amended Complaint on February 22, 2011;

10  WHEREAS Plaintiff has requested additional time to prepare a response to Defendant

11  Ford's Motion to Dismiss the Second Amended Complaint;

12  WHEREAS Defendant Ford agreed to extend the time for Plaintiff to respond to the

13

14  Motion to Dismiss through and including May 2, 2011 pursuant to Local Rule 144(a);

15  WHEREAS Defendant Ford agreed to a modification of the scheduling order for the

16  hearing on the Motion to Dismiss currently scheduled for April 18, 2011 to a date on or after

17  May 16, 2011 at the hour of 10:00am in Courtroom 3, such that all parties are in compliance with

18  Local Rule 230;

19  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the

20

21  parties, through their counsel, that the new deadline for Plaintiffs to answer or otherwise

22  respond to Defendant Ford's Motion to Dismiss the Second Amended Complaint is

23  through and including May 2, 2011 and the hearing on the Motion to Dismiss is re-set to

24  May 16, 2011.

25

26

1  **IT IS SO STIPULATED**.

2  Dated:  April 1, 2011

3

4  -----------------/s/--------------------
5  Rebecca P. Mendribil
   Attorney for Plaintiffs
6

7
   -----------------/s/--------------------
8  Lynn A. Garcia
   Attorney for Andrew J. Ford
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | |
| 4 | Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the time for Plaintiffs to answer or otherwise respond to Defendant Ford's Motion to Dismiss the Second Amended Complaint is extended to May 2, 2011 and the hearing on the Motion to Dismiss the Second Amended Complaint currently scheduled for April 18, 2011, is re-set to May 16, 2011 at 10:00am. |

IT IS SO ORDERED.

Dated:  **April 1, 2011**                    **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE