**J. David Nick** (SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**E. D. Lerman** (SB#241471)
695 South Dora Street
Ukiah CA, 95482
Tel: (707) 468-8300
Fax: (707) 937-2209

**Rebecca P. Mendribil** (SB# 262840)
414 Aviation Blvd
Santa Rosa, CA 95403
Tel: (707) 528-2082
Fax: (707) 578-3140

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW J. FORD, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, CITY OF OAKDALE, and DOES 1 through 40.<br><br>Defendants. | CASE NO.1: 09-CV-01344 OWW (GSA)<br><br>**ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS** |

## ORDER

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

Plaintiffs' Application to extend the filing date of Plaintiff's Opposition to Defendants' Motions for Rule 11 Sanctions (Doc 88) is granted.

Plaintiffs shall be permitted to file their opposition to Opposition to Defendants' Motions for Rule 11 Sanctions (Doc 88) on May 30, 2011.    The due date for Defendants' Reply to Plaintiff's Opposition to Defendants' Motions for Rule 11 Sanctions shall likewise be extended, and shall be filed on or before June 3, 2011.

The hearing on Defendants' Motions for Rule 11 Sanctions shall be set to be heard on June 13, 2011 at 10:00 am in Courtroom 3.

IT IS SO ORDERED.

Dated: May 10, 2011                                 ___/s/ OLIVER W. WANGER_____
                                                              UNITED STATES DISTRICT COURT JUDGE