JAMES T. ANWYL, SBN 78715 jtanwyl@anwylaw.com
LYNN A. GARCIA, SBN 131196 lag@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
P.O. Box 269127
Sacramento, California 95826-9127
Telephone:      (916) 565-1800
Telecopier:     (916) 565-2374

Attorneys for Defendant ANDREW J. FORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- FRESNO DIVISION

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISION J. DEMOURA<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40.<br><br>Defendants. | CIVIL ACTION NO. 09-CV-01344-OWW-SKO<br><br>**ORDER REGARDING MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MOTION FOR SANCTIONS FILED BY FORD**<br><br>Date:      May 16, 2011<br>Time:     10:00 a.m.<br>Courtroom:  3<br><br>The Honorable Oliver W. Wanger |

This matter came on as regularly scheduled and continued for hearing on May 16, 2011, in the above-entitled Court. Plaintiffs appeared by their attorney, Rebecca P. Mendribil, and defendant Andrew Ford appeared by his attorney, Lynn A. Garcia. No other parties were present.

After hearing, the matter was ordered submitted. On May 23, 2011, the Court issued its Memorandum Decision Regarding Motion to Dismiss (Document 78), which Ordered as follows:

1. Plaintiffs seventh cause of action is DISMISSED, without prejudice;

2. Defendant's motion for sanctions is DENIED;

3. Plaintiffs shall file an amended complaint within thirty days of electronic service of this decision;

1     4.      Defendants shall file responsive pleading within thirty days of service of an amended complaint; and

3     5.      Defendants shall submit a form of order consistent with this decision within five days of electronic service of this decision.

**IT IS SO ORDERED.**

DATED: June 3, 2011          /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT COURT JUDGE