# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, et al., | CASE NO. 1:09-cv-01344-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING REQUEST TO SHORTEN TIME TO HEAR PLAINTIFFS' EX PARTE MOTION AND MOTION TO STAY DEPOSITIONS** |
| v. | |
| ANDREW J. FORD, et al., | |
| Defendants. | |
| | **ORDER THAT DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY BE FILED NO LATER THAN NOON ON NOVEMBER 10, 2011** |
| _____/ | (Docket No. 119) |

On November 8, 2011, Plaintiffs Addison J. Demoura, Jessica Demoura, and John Doe, a minor through his Guardian ad Litem, Addison J. Demoura ("Plaintiffs") filed a notice of ex parte motion and motion to stay depositions (Doc. 119) pending resolution of Plaintiffs' motion for protective order (Doc. 118). Plaintiff is seeking to stay the depositions of Plaintiffs Addison Demoura and Jessica Demoura by Defendant Andrew J. Ford, currently set for November 14 and 23, 2011, respectively, until after Plaintiffs' motion for protective order is heard by the Court on November 30, 2011.

Although Plaintiffs did not properly request that their ex parte motion and motion to stay depositions be heard on shortened time pursuant to the requirements of Local Rule 144, the Court construes Plaintiffs' motion as a request to be heard on shortened time and GRANTS that request.

1    The Court notes that there is a certain urgency to the timing of Plaintiffs' motion to stay the
2 depositions, as Plaintiffs filed the motion on Tuesday, November 8, 2011; the Court is closed for
3 Veterans Day on Friday, November 11, 2011; and the deposition of Addison Demoura is scheduled
4 for Monday, November 14, 2011.  Accordingly, if Defendants wish to file an opposition to Plaintiffs'
5 motion to stay, such opposition must be filed by no later than **noon on Thursday, November 10,**
6 **2011.**
7    At this time, Court finds that this matter is suitable for decision without oral argument
8 pursuant to Local Rule 230(g).  Should a hearing become necessary, the Court will set a date and
9 inform the parties.
10   Accordingly, IT IS HEREBY ORDERED that:
11   1.  Plaintiffs' request which is construed as a request to be heard on shortened time is
12       GRANTED; and
13   2.  Defendants' opposition to Plaintiffs' ex parte motion and motion to stay depositions
14       shall be filed by no later than noon on Thursday, November 10, 2011.

IT IS SO ORDERED.

**Dated:   November 9, 2011**                     /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE