# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, et al., | CASE NO. 1:09-cv-01344-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' EX PARTE MOTION AND MOTION TO STAY DEPOSITIONS** |
| v. | |
| ANDREW J. FORD, et al., | (Docket No. 119) |
| Defendants. | |

On November 8, 2011, Plaintiffs Addison J. Demoura, Jessica Demoura, and John Doe, a minor through his Guardian ad Litem, Addison J. Demoura ("Plaintiffs") filed a notice of ex parte motion and motion to stay depositions (Doc. 119) pending resolution of Plaintiffs' motion for protective order (Doc. 118). Plaintiffs are seeking to stay the depositions of Plaintiffs Addison Demoura and Jessica Demoura by Defendant Andrew J. Ford, currently set for November 14 and 23, 2011, respectively, until after Plaintiffs' motion for protective order is heard by the Court on November 30, 2011.

The Court finds that this matter is suitable for decision without oral argument pursuant to Local Rule 230(g). The Court has considered the motion, opposition, and supporting documents, and finds that, although Plaintiff could have been more diligent in filing the motion to stay the depositions, given that Plaintiff has properly filed a motion for a protective order that will be heard by the Court on November 30, 2011, staying Plaintiffs depositions pending the Court's decision on that motion is appropriate. The Court also notes that, pursuant to the July 5, 2011, scheduling

conference order, the non-expert discovery cut-off deadline is March 1, 2012. (Doc. 105, 11:1-2.) As such, Plaintiffs' request at this stage of the discovery process to stay the depositions for a few weeks until the Court can hear and issue a ruling on the motion for a protective order is not unreasonable. The Court thus GRANTS Plaintiffs' motion to stay the depositions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' ex parte motion and motion to stay depositions of Plaintiffs Addison J. Demoura and Jessica Demoura is GRANTED; and

2. The November 14, 2011, deposition of Plaintiff Addison J. Demoura, and the November 23, 2011, deposition of Jessica Demoura are STAYED until after the Court issues its ruling on Plaintiff's motion for a protective order.

IT IS SO ORDERED.

**Dated:   November 10, 2011**           /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE