# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, et al., | CASE NO. 1:09-cv-01344-LJO-SKO |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER** |
| ANDREW J. FORD, et al., | |
| Defendants. | (Docket No. 150) |

On December 22, 2011, the Court issued a Minute Order (Doc. 150) following the hearing held on December 21, 2011, regarding Plaintiffs' motion for a protective order (Doc. 118). The Minute Order set forth the following:

> The parties shall meet and confer during the first week of January 2012, and shall file a joint status report with the Court by no later than Monday, January 9, 2012, indicating the result of their meet and confer effort.

(Doc. 150.) The parties failed to file a joint statement as ordered by the Court.

This Court's Local Rule 110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1  Accordingly, this Court ORDERS that the parties, by no later than January 12, 2012, at
2  4:00 p.m., show cause in writing why sanctions should not be imposed for failure to comply with
3  the Court's Order.  Further, the parties are required to file the previously ordered joint status report
4  regarding their meet and confer effort by no later than January 12, 2012, at 4:00 p.m.

IT IS SO ORDERED.

**Dated:   January 10, 2012**              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE