1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11    ADDISON J. DEMOURA, et al.,                     CASE NO. 1:09-cv-01344-LJO-SKO

12                      Plaintiffs,

13          v.                                         **ORDER DISCHARGING ORDER TO SHOW CAUSE**

14    ANDREW J. FORD, et al.,                          (Docket No. 154)

15

16                      Defendants.

17    _____/

18

19          On December 22, 2011, the Court issued a Minute Order (Doc. 150) following the hearing

20    held on December 21, 2011, regarding Plaintiffs' motion for a protective order (Doc. 118).  The

21    Minute Order set forth the following:

22          The parties shall meet and confer during the first week of January 2012, and shall file
            a joint status report with the Court by no later than Monday, January 9, 2012,
23          indicating the result of their meet and confer effort.

24    (Doc. 150.)  The parties failed to file a joint statement on the required date as ordered by the Court.

25          On January 10, 2012, the Court issued an Order to Show Cause (Doc. 154) requiring the

26    parties to show cause in writing why sanctions should not be imposed for their failure to comply with

27    the  December 22, 2011, Minute Order.  (Doc. 154.)  Later that day, the parties filed a "Joint

28    Statement Report Regarding Plaintiffs' Motion for Protective Order" and a "Stipulation and Proposed

1    Order re: Limitation of Damages."  (Docs. 155, 156.)  On January 11 and 12, 2012, Plaintiffs and

2    all Defendants, respectively, filed responses to the Order to Show Cause.  (Docs. 157, 158.)

3            The Court recognizes that as of January 9, 2012, the date the parties were ordered to have

4    filed their joint statement with the Court, the parties were still engaging in the meet and confer

5    process and had not yet finalized the stipulation between the parties regarding the limitation of

6    economic damages. (Docs. 157, 158.)  Nonetheless, the Court finds it perplexing that the parties did

7    not file a joint statement indicating this status, or if the parties were truly unable to agree to *any* joint

8    statement, why the individual parties did not file separate statements setting forth their understanding

9    of the status of the meet and confer process.  The Court is troubled by the fact that the parties would

10   instead choose to deliberately ignore the December 22, 2011, Minute Order; such failure to comply

11   will not be tolerated in the future.

12           Since the parties have now filed a "Joint Statement Report" that sets forth the stipulation and

13   agreement of the parties resulting from their meet and confer efforts, the Court DISCHARGES the

14   Order to Show Cause.  The parties are admonished, however, that any future failure to comply with

15   an order of the Court shall result in the imposition of sanctions under Rule 110 of the Local Rules

16   of the United States District Court, Eastern District of California.

17           Accordingly, IT IS HEREBY ORDERED that:

18           1.      The January 10, 2012, Order to Show Cause is DISCHARGED; and

19           2.      Any future failure by the parties to comply with a Court order shall result in the

20                   imposition of sanctions.

21

22   IT IS SO ORDERED.

23   **Dated:    January 23, 2012**                      /s/ **Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28