# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, et al., | CASE NO. 1:09-cv-01344-LJO-SKO |
| Plaintiffs, | |
| v. | **ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER** |
| ANDREW J. FORD, et al., | (Docket No. 118) |
| Defendants. | |
| | **ORDER ALLOWING PLAINTIFFS TO FILE A FIFTH AMENDED COMPLAINT** |
| | **ORDER MODIFYING THE SCHEDULING ORDER AND EXTENDING THE NON-EXPERT DISCOVERY DEADLINE TO JUNE 1, 2012** |

On December 22, 2011, the Court held a hearing regarding Plaintiffs' motion for a protective order. (Doc. 118.) In light of Plaintiffs' waiver of Plaintiff Addison Demoura's claim for economic damages, the Court ordered Plaintiffs to file either a voluntarily dismissal of the damages or an amended complaint. (Doc. 150.) The Court further ordered that the parties meet and confer regarding the issues related to motion for protective order and that the parties file a joint status report with the Court concerning their meet and confer efforts. (Doc. 150.)

1    On December 22, 2011, Plaintiffs filed a Fourth Amended Complaint. (Doc. 151.) On January 10, 2012, the parties filed a Joint Status Report regarding Plaintiffs' motion for protective order and a request for an extension of the non-expert discovery cut-off deadline. (Doc. 155.)

The Joint Status Report indicates that, as a result of their meet and confer process, the parties have reached an agreement regarding limitations to the action as well as regarding rescheduling Plaintiffs' depositions. (Doc. 155, 2:3-28.) However, the parties state that Plaintiffs will need to amend the complaint to clarify the scope of this action. (Doc. 155, 2:12-14.) As such, pursuant to the agreement of the parties, the Court shall allow Plaintiffs to file a Fifth Amended Complaint on or before January 27, 2012.

The parties request that the scheduling order (Doc. 105) be modified and that the non-expert discovery cut-off be extended to June 1, 2012. The Court GRANTS this request. No other modifications to the scheduling order are being made at this time.

Further, based on the agreement of the parties and the request set forth in the Joint Status Report, Plaintiffs' motion for a protective order (Doc. 118) is DENIED WITHOUT PREJUDICE to Plaintiffs' right to re-file said motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for a protective order is DENIED WITHOUT PREJUDICE;
2. Plaintiffs shall file a Fifth Amended Complaint on or before January 27, 2012; and
3. The scheduling order is modified to extend the non-expert discovery deadline to June 1, 2012.

IT IS SO ORDERED.

**Dated:   January 23, 2012**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE