1   Bradley A. Post, Esq.  State Bar No. 127028
    John J. Hollenback, Jr., Esq.   State Bar No. 66215
2   Stephanie Y. Wu, Esq. State Bar No. 268948
    **BORTON PETRINI, LLP**
3   1104 12th Street
    Modesto, California  95354
4   Telephone: (209) 576-1701
    Facsimile:  (209) 527-9753
5
    *Attorneys for Defendant,*
6   CITY OF OAKDALE

7

8               **UNITED STATES DISTRICT COURT FOR THE**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                     **FRESNO DIVISION**

11  ADDISON J. DEMOURA, JESSICA          Case No. 1:09–cv–01344–LJO–SKO
    DEMOURA, and JOHN DOE, A Minor
12  through his Guardian ad Litem, ADDISON J.    **STIPULATION AND ORDER RE**
    DEMOURA,                             **EXTENSION OF EXPERT**
13                                       **DISCOVERY CUT-OFF**
                          *Plaintiffs,*
14

15  vs.

16  ANDREW J. FORD, WILLIAM POOLEY,
    GARY J. GUFFEY, JASON TOSTA,
17  COUNTY OF STANISLAUS, COUNTY OF
    TUOLUMNE, CITY OF OAKDALE, AND
18  DOES 1 through 40,

19                          *Defendants.*

20

21                     **<u>STIPULATION</u>**

22          WHEREAS, all parties to the above-entitled action, by and through their counsel of record,

23  met and conferred between April 5, 2012 and April 9, 2012 regarding an extension of the expert

24  discovery cut-off;

25          WHEREAS, the Court previously extended the non-expert discovery cut-off date to June

26  1, 2012;

27          WHEREAS, the parties have not been able to complete the deposition of Plaintiff Jessica

28  Demoura due to scheduling issues;

IT IS HEREBY stipulated, by and between the parties to this action, that:

1.    The parties shall disclose all expert witnesses, in writing, on or before May 7, 2012,

2.    Any rebuttal or supplemental expert disclosures will be made on or before May 18, 2012, and,

3.    All expert discovery shall be completed on or before June 15, 2012.

***IT IS SO STIPULATED****.*

**LAW OFFICE OF REBECCA P. MENDRIBIL**

Dated: April 6, 2012                    By: /s/ Rebecca P. Mendribil
                                                        Rebecca P. Mendribil, Esq.
                                                        *Attorneys for Plaintiffs,*
                                                        ADDISON J. DEMOURA, JESSICA
                                                        DEMOURA, and JOHN DOE, a minor

**BORTON PETRINI, LLP.**

Dated: April 6, 2012                    By: /s/ Stephanie Y. Wu
                                                        Bradley A. Post, Esq.
                                                        Stephanie Y. Wu, Esq.
                                                        *Attorneys for Defendant*,
                                                        CITY OF OAKDALE

**MEYERS, NAVE, RIBACK, SILVER &
WILSON**

Dated: April 6, 2012                    By: /s/ Kimberly E. Colwell
                                                        Kevin E. Gilbert, Esq.
                                                        Kimberly E. Colwell, Esq.
                                                        *Attorneys for Defendant,*
                                                        JASON TOSTA

2

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY CUT-OFF**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ANWYL SCOFFIELD & STEPP, LLP**


Dated: April 6, 2012                By: /s/ Lynn A. Garcia
                                        James T. Anwyl, Esq.
                                        Lynn A Garcia, Esq.
                                        *Attorneys for Defendant,*
                                        ANDREW J. FORD


**LAW OFFICE OF DANIEL FARRAR**


Dated: April 6, 2012                By:/s/ Eric D. Farrar
                                        Eric Daniel Farrar, Esq.
                                        *Attorneys for Defendant,*
                                        COUNTY OF STANISLAUS

K:\SKO\To_Be_Signed\09cv
1344.Demoura.v.Ford.cont.at
.wpd

3

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY CUT-OFF**

1

**ORDER**

2

3        Pursuant to the parties' stipulation,  IT IS HEREBY ORDERED that:

4        1.    The parties shall disclose all expert witnesses, in writing, on or before May 7, 2012;

5

6        2.    Any rebuttal or supplemental expert disclosures will be made on or before May 18,

7    2012; and

8        3.    All expert discovery shall be completed on or before June 15, 2012.

9

10   IT IS SO ORDERED.

11

12   **Dated:    April 9, 2012                         /s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\SKO\To_Be_Signed\09cv 1344.Demoura.v.Ford.cont.at .wpd

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY CUT-OFF**