Bradley A. Post, Esq.  State Bar No. 127028
John J. Hollenback, Jr., Esq.   State Bar No. 66215
Stephanie Y. Wu, Esq. State Bar No. 268948
**BORTON PETRINI, LLP**
1104 12th Street
Modesto, California  95354
Telephone: (209) 576-1701
Facsimile:  (209) 527-9753

*Attorneys for Defendant,*
CITY OF OAKDALE

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, A Minor through his Guardian ad Litem, ADDISON J. DEMOURA,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY J. GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, AND DOES 1 through 40,<br><br>*Defendants.* | Case No. 1:09–cv-01344–LJO–SKO<br><br>**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY CUT-OFF** |

## STIPULATION

WHEREAS, all parties to the above-entitled action, by and through their counsel of record, met and conferred between April 5, 2012 and April 9, 2012 regarding an extension of the expert discovery cut-off;

WHEREAS, the Court previously extended the non-expert discovery cut-off date to June 1, 2012;

WHEREAS, the parties have not been able to complete the deposition of Plaintiff Jessica Demoura due to scheduling issues;

IT IS HEREBY stipulated, by and between the parties to this action, that:

1.    The parties shall disclose all expert witnesses, in writing, on or before May 7, 2012,

2.    Any rebuttal or supplemental expert disclosures will be made on or before May 18, 2012, and,

3.    All expert discovery shall be completed on or before June 15, 2012.

***IT IS SO STIPULATED***.

**LAW OFFICE OF REBECCA P. MENDRIBIL**

Dated: April 6, 2012                    By: /s/ Rebecca P. Mendribil
                                             Rebecca P. Mendribil, Esq.
                                             *Attorneys for Plaintiffs,*
                                             ADDISON J. DEMOURA, JESSICA
                                             DEMOURA, and JOHN DOE, a minor

**BORTON PETRINI, LLP.**

Dated: April 6, 2012                    By: /s/ Stephanie Y. Wu
                                             Bradley A. Post, Esq.
                                             Stephanie Y. Wu, Esq.
                                             *Attorneys for Defendant*,
                                             CITY OF OAKDALE

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

Dated: April 6, 2012                    By: /s/ Kimberly E. Colwell
                                             Kevin E. Gilbert, Esq.
                                             Kimberly E. Colwell, Esq.
                                             *Attorneys for Defendant,*
                                             JASON TOSTA

1

2

3

                                       **ANWYL SCOFFIELD & STEPP, LLP**

4

5

Dated: April 6, 2012                   By: /s/ Lynn A. Garcia

6                                             James T. Anwyl, Esq.

7                                             Lynn A Garcia, Esq.

                                            *Attorneys for Defendant,*

8                                             ANDREW J. FORD

9

10                              **LAW OFFICE OF DANIEL FARRAR**

11

12

Dated: April 6, 2012                   By:/s/ Eric D. Farrar

13                                             Eric Daniel Farrar, Esq.

14                                             *Attorneys for Defendant,*

                                            COUNTY OF STANISLAUS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY CUT-OFF**

1

2

## <u>ORDER</u>

3

Pursuant to the parties' stipulation,  IT IS HEREBY ORDERED that:

4

1.    The parties shall disclose all expert witnesses, in writing, on or before May 7, 2012;

5

6

2.    Any rebuttal or supplemental expert disclosures will be made on or before May 18,

7

2012; and

8

3.    All expert discovery shall be completed on or before June 15, 2012.

9

10

IT IS SO ORDERED.

11

12

**Dated:     April 9, 2012**                    _____/s/ Sheila K. Oberto_____

13

UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCOVERY CUT-OFF**