# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, ET.AL. | CASE NO. 1:09-cv-01344-LJO-SMS |
| Plaintiff, | ORDER re SETTLEMENT CONFERENCE |
| v. | |
| GARY GUFFEY, ET. AL., | |
| Defendants. | |
| _____/ | |

This case is set for a Settlement Conference before Magistrate Judge Sheila K. Oberto on June 14, 2012, at 10:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721.

In accordance with the above, IT IS HEREBY ORDERED that:

1. **The attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case at the conference.

2. The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than June 7, 2012. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

Settlement Statements must be typed and double spaced. Each Settlement Statement should briefly summarize the core facts, allegations, defenses, and briefly outline past settlement

efforts including the most recent offers and/or demands.  Each Settlement Statement must also include a statement of each party's expectations and goals for the Settlement Conference.  Please refer to the Court's Scheduling Order for further information regarding the Settlement Conference.

IT IS SO ORDERED.

**Dated:   May 16, 2012**                            /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE