1  Bradley A. Post, Esq. State Bar No. 127028
2  Stephanie Y. Wu, Esq. State Bar No. 268948
   **BORTON PETRINI, LLP**
3  1104 12th Street
   Modesto, California 95354
4  Telephone: (209) 576-1701
   Facsimile: (209) 527-9753
5  *Attorneys for Defendant*,
   CITY OF OAKDALE
6

7
                    **UNITED STATES DISTRICT COURT**
8
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10  **ADDISON J. DEMOURA, JESSICA**            Case No. 1:09-cv-01344 LJO SKO
    **DEMOURA, and JOHN DOE, A Minor**
11  **through his Guardian ad Litem, ADDISON J.**   **STIPULATION AND ORDER RE**
    **DEMOURA,**                                 **AMENDED MOTION FILING**
12
13                      *Plaintiffs,*

14                 v.

15  **ANDREW J. FORD, WILLIAM POOLEY,**
    **GARY J. GUFFEY, JASON TOSTA, COUNTY**
16  **OF STANISLAUS, COUNTY OF**
    **TUOLUMNE, CITY OF OAKDALE, AND**
17  **DOES 1 through 40,**

18                      *Defendants.*

19
                          **STIPULATION**
20
21       WHEREAS, Plaintiffs ADDISON DEMOURA, JESSICA DEMOURA, and JOHN DOE

22  ("Plaintiffs"), and Defendant CITY OF OAKDALE ("Defendant"), by and through their counsel of

23  record, met and conferred between July 17, 2012 the refiling of Defendant's Motion for Summary

24  Judgment, or in the alternative, Summary Adjudication ("Motion").

25       WHEREAS, Defendant lost data and was unable to re-format, re-enter its citations to evidence,

26  and scan all of its documents and referenced evidence by midnight on July 16, 2012;

27

28
                                    1

WHEREAS, Defendant timely filed its Notice of Motion, Memorandum of Points and Authorities, and Separate Statement of Undisputed Material Facts on July 16, 2012;

WHEREAS, Defendant electronically mailed all moving papers, including the properly formatted and referenced documents, along with all supporting evidence, to Plaintiff upon completion and without delay, just shortly after midnight on July 16, 2012;

WHEREAS, Defendant's revisions to the documents were not substantive in nature;

WHEREAS, Plaintiffs agree that allowing Defendant to refile and file its Motion and supporting documents will not result in prejudice to Plaintiffs;

IT IS HEREBY stipulated, by and between the Parties, that:

Defendant be granted leave to file its Amended Notice of Motion, Memorandum of Points and Authorities, and Separate Statement of Undisputed Material Facts and file its evidence in support thereof.

***IT IS SO STIPULATED***.

**LAW OFFICE OF REBECCA P. MENDRIBIL**

Dated: July 17, 2012                          By: /s/ Rebecca P. Mendribil

Rebecca P. Mendribil, Esq.
*Attorneys for Plaintiffs,*
ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor

**BORTON PETRINI, LLP.**

Dated: July 17, 2012                          By: /s/ Stephanie Y. Wu
Bradley A. Post, Esq.
Stephanie Y. Wu, Esq.
*Attorneys for Defendant*,
CITY OF OAKDALE

2

## ORDER

Pursuant to the stipulation of the parties in this action,

IT IS HEREBY ORDERED that:

Defendant is granted leave to file its Amended Notice of Motion, Memorandum of Points and Authorities, and Separate Statement of Undisputed Material Facts and file its evidence in support thereof.

***IT IS SO ORDERED.***
**Dated:  July 18, 2012**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**

3