UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, A Minor through his Guardian ad Litem, ADDISON J. DEMOURA,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY J. GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, AND DOES 1 through 40,<br><br>*Defendants*. | Case No. 1:09-cv-01344 LJO SKO<br><br>**ORDER GRANTING REQUEST TO CONSIDER POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |

Good cause appearing, in light of the numerous issues raised in this case,[1] it is ORDERED that defendant Andrew J. Ford's Memorandum of Points and Authorities in Support of Motion for Summary Judgment (Document #201), filed on July 16, 2012, may be 30 pages in length, and will be considered by the Court.

Additionally, the hearing on the Motions for Summary Judgment is set for August 20, 2012, at 8:30 a.m. in Department 4 of this Court.

**SO ORDERED**
**Dated: July 20, 2012**

                                                                     **/s/ Lawrence J. O'Neill**
                                                                    **United States District Judge**

---

[1] In her declaration in support of Mr. Ford's request for consideration of an overlength brief, counsel for Mr. Ford indicated that because this case was originally assigned to Judge Oliver W. Wanger, she inadvertently failed to recognize that the transferee District Judge had special requirements regarding the filing of motions for summary judgment. Doc. 210. The Court notes that Judge Wanger's filing requirements, set forth in the standing order issued in this case on August 3, 2009, Doc. 10 at p. 6 of 7, are essentially identical to the undersigned's requirements, Doc. 209. The overlength brief is nevertheless allowed because the Court believes it will aid the Court's understanding of the issues.