JAMES T. ANWYL, SBN 78715 jtanwyl@anwylaw.com
LYNN A. GARCIA, SBN 131196 lag@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
P.O. Box 269127
Sacramento, California 95826-9127
Telephone:      (916) 565-1800
Telecopier:     (916) 565-2374

Attorneys for Defendant ANDREW J. FORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, et al., | CIVIL ACTION NO. 1:09-CV-1344-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING REQUEST TO FILE REPLY POINTS AND AUTHORITIES IN EXCESS OF 10 PAGES** |
| v. | The Honorable Lawrence J. O'Neill |
| ANDREW J. FORD, et al., | Date:  August 20, 2012<br>Time:  8:30 a.m.<br>Crtrm: 4 |
| Defendants. | |

Good cause appearing, it is ORDERED that Defendant Andrew J. Ford's Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment, which is due on August 13, 2012, may be 15 pages in length, and will be considered by the Court.

IT IS SO ORDERED.

Dated:   August 6, 2012            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE