Bradley A. Post, Esq.  State Bar No. 127028
Stephanie Y. Wu, Esq. State Bar No. 268948
**BORTON PETRINI, LLP**
1104 12th Street
Modesto, California  95354
Telephone: (209) 576-1701
Facsimile:  (209) 527-9753

*Attorneys for Defendant*,
CITY OF OAKDALE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, A Minor through his Guardian ad Litem, ADDISON J. DEMOURA,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ANDREW J. FORD, WILLIAM POOLEY, GARY J. GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, AND DOES 1 through 40,<br><br>*Defendants.* | Case No. 1:09–cv-01344–LJO–SKO<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' FIRST CAUSE OF ACTION AGAINST DEFENDANT CITY OF OAKDALE ONLY**<br><br>---<br><br>Complaint Filed:   July 31, 2009<br>Trial Date:           November 6, 2012 |

### JOINT STIPULATION OF DISMISSAL

WHEREAS Plaintiffs ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, A Minor through his Guardian ad Litem, ADDISON J. DEMOURA's ("Plaintiffs") Fifth Amended Complaint alleges a First Cause of Action for Unlawful Search (Fifth Amended Complaint, ¶¶ 48-54)  against "All Defendants;"

WHEREAS, on or around June 26, 2012, Plaintiffs represented to Defendant City of Oakdale that such First Cause of Action was not intended to be alleged, and will not be alleged, against Defendant City of Oakdale;

1  WHEREAS, on June 27, 2012, Plaintiffs agreed to dismiss the First Cause of Action
2  for Unlawful Search, as set forth in the current operative Complaint, insofar as it is alleged against
3  Defendant City of Oakdale, and Defendant City of Oakdale only, with prejudice;

4  WHEREAS all parties to the above-entitled action, by and through their counsel of
5  record, met and conferred on or around June 28, 2012, regarding the dismissal of Defendant City
6  of Oakdale from the First Cause of Action for Unlawful Search;

7  WHEREAS Plaintiffs do not dismiss or otherwise waive any other causes of action
8  against any other Defendants other than the First Cause of Action for Unlawful Search against
9  Defendant City of Oakdale;

10  IT IS HEREBY stipulated, by and between all parties to this action, that:

11  Plaintiffs' First Cause of Action against Defendant City of Oakdale be dismissed with
12  prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

*IT IS SO STIPULATED*.

**LAW OFFICE OF REBECCA P. MENDRIBIL**

Dated: June 28, 2012            By: /s/ Rebecca P. Mendribil
                                Rebecca P. Mendribil, Esq.
                                *Attorneys for Plaintiffs,*
                                ADDISON J. DEMOURA, JESSICA
                                DEMOURA, and JOHN DOE, a minor


**BORTON PETRINI, LLP.**

Dated: June 28, 2012            By: /s/ Stephanie Y. Wu
                                Stephanie Y. Wu, Esq.
                                *Attorneys for Defendant*,
                                CITY OF OAKDALE

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

Dated: June 28, 2012     By: /s/ Kimberly E. Colwell
                              Kimberly E. Colwell, Esq.
                              *Attorneys for Defendant,*
                              JASON TOSTA


**ANWYL SCOFFIELD & STEPP, LLP**

Dated: August 5, 2012    By: /s/ Lynn A. Garcia
                              Lynn A Garcia, Esq.
                              *Attorneys for Defendant,*
                              ANDREW J. FORD


**LAW OFFICE OF DANIEL FARRAR**

Dated: July 2, 2012      By: /s/ Eric D. Farrar
                              Eric D. Farrar, Esq.
                              *Attorneys for Defendant,*
                              COUNTY OF STANISLAUS

## ORDER

Based on the parties' stipulation, Plaintiffs' First Cause of Action against Defendant City of Oakdale is dismissed with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). The clerk is directed NOT to close this action.

IT IS SO ORDERED.


**Dated:   August 10, 2012**           /s/ Lawrence J. O'Neill

                                       UNITED STATES DISTRICT JUDGE