1  Bradley A. Post, Esq.  State Bar No. 127028
   Stephanie Y. Wu, Esq. State Bar No. 268948
2  **BORTON PETRINI, LLP**
   1104 12th Street
3  Modesto, California  95354
   Telephone: (209) 576-1701
4  Facsimile:  (209) 527-9753

5  *Attorneys for Defendant*,
   CITY OF OAKDALE

6

7                   UNITED STATES DISTRICT COURT FOR THE

8                        EASTERN DISTRICT OF CALIFORNIA

9                                FRESNO DIVISION

10

11 ADDISON J. DEMOURA, JESSICA          Case No. 1:09–cv-01344–LJO–SKO
   DEMOURA, and JOHN DOE, A Minor
12 through his Guardian ad Litem, ADDISON J.   **JOINT STIPULATION OF DISMISSAL
   DEMOURA,                             OF PLAINTIFFS' FIRST CAUSE OF
13                                      ACTION AGAINST DEFENDANT
                  *Plaintiffs*,         CITY OF OAKDALE ONLY**
14

15 vs.

16 ANDREW J. FORD, WILLIAM POOLEY,      Complaint Filed:   July 31, 2009
   GARY J. GUFFEY, JASON TOSTA,         Trial Date:        November 6, 2012
17 COUNTY OF STANISLAUS, COUNTY OF
   TUOLUMNE, CITY OF OAKDALE, AND
18 DOES 1 through 40,

19                *Defendants*.

20                       **JOINT STIPULATION OF DISMISSAL**

21         WHEREAS Plaintiffs ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN

22 DOE, A Minor through his Guardian ad Litem, ADDISON J. DEMOURA's ("Plaintiffs") Fifth

23 Amended Complaint alleges a First Cause of Action for Unlawful Search (Fifth Amended

24 Complaint, ¶¶ 48-54)  against "All Defendants;"

25         WHEREAS, on or around June 26, 2012, Plaintiffs represented to Defendant City of

26 Oakdale that such First Cause of Action was not intended to be alleged, and will not be alleged,

27 against Defendant City of Oakdale;

28
                                           1

1    WHEREAS, on June 27, 2012, Plaintiffs agreed to dismiss the First Cause of Action for Unlawful Search, as set forth in the current operative Complaint, insofar as it is alleged against Defendant City of Oakdale, and Defendant City of Oakdale only, with prejudice;

WHEREAS all parties to the above-entitled action, by and through their counsel of record, met and conferred on or around June 28, 2012, regarding the dismissal of Defendant City of Oakdale from the First Cause of Action for Unlawful Search;

WHEREAS Plaintiffs do not dismiss or otherwise waive any other causes of action against any other Defendants other than the First Cause of Action for Unlawful Search against Defendant City of Oakdale;

IT IS HEREBY stipulated, by and between all parties to this action, that:

Plaintiffs' First Cause of Action against Defendant City of Oakdale be dismissed with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

*IT IS SO STIPULATED*.

**LAW OFFICE OF REBECCA P. MENDRIBIL**

Dated: June 28, 2012        By: /s/ Rebecca P. Mendribil
                                 Rebecca P. Mendribil, Esq.
                                 *Attorneys for Plaintiffs,*
                                 ADDISON J. DEMOURA, JESSICA
                                 DEMOURA, and JOHN DOE, a minor

**BORTON PETRINI, LLP.**

Dated: June 28, 2012        By: /s/ Stephanie Y. Wu
                                 Stephanie Y. Wu, Esq.
                                 *Attorneys for Defendant*,
                                 CITY OF OAKDALE

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

Dated: June 28, 2012         By: /s/ Kimberly E. Colwell
                                 Kimberly E. Colwell, Esq.
                                 *Attorneys for Defendant,*
                                 JASON TOSTA


**ANWYL SCOFFIELD & STEPP, LLP**

Dated: August 5, 2012        By: /s/ Lynn A. Garcia
                                 Lynn A Garcia, Esq.
                                 *Attorneys for Defendant,*
                                 ANDREW J. FORD


**LAW OFFICE OF DANIEL FARRAR**

Dated: July 2, 2012          By: /s/ Eric D. Farrar
                                 Eric D. Farrar, Esq.
                                 *Attorneys for Defendant,*
                                 COUNTY OF STANISLAUS

## ORDER

Based on the parties' stipulation, Plaintiffs' First Cause of Action against Defendant City of Oakdale is dismissed with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   August 10, 2012**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE