# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON J. DEMOURA, et al., | Case No. 1:09-cv-01344-LJO-SKO |
| Plaintiffs, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE APPLICATION FOR MINOR'S COMPROMISE OF CLAIM OF JOHN DOE BE GRANTED** |
| v. | |
| ANDREW J. FORD, et al., | |
| Defendants. | (Docket No. 252) |
| _____ / | |

On October 9, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiffs Addison Demoura, Jessica Demoura, and John Doe's Application for Order Approving Minor's Compromise of Claims of John Doe be granted.  (Doc. 252.)  These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within five (5) days after service of the order.  No objections were filed, and Defendants Andrew J. Ford, Jason Tosta, and City of Oakdale each filed a Notice of Non-Objection.  (Docs. 253-55.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 9, 2012, are ADOPTED IN FULL;
2. The proposed settlement between Minor Plaintiff John Doe and Defendants Andrew Ford, Jason Tosta, County of Stanislaus, and City of Oakdale is APPROVED as fair and reasonable;
3. The Application for Order Approving Minor's Comprise of Claims as to Minor Plaintiff John Doe is GRANTED;
4. Minor Plaintiff John Doe shall receive $7,136.64 by way of settlement;
5. Minor Plaintiff John Doe's settlement amount shall be placed into a California Uniform Transfer to Minors Act ("CUTMA") account, in accordance with California Probate Code §§ 3611(f) and 3900 et. seq., for the benefit of the Minor Plaintiff, and shall be transferred to the Minor's custody at age 18; and
6. The named custodian of the CUTMA account shall be Minor Plaintiff John Doe's maternal grandmother, Nicole Jones.

IT IS SO ORDERED.

**Dated:   October 17, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE