UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADDISON J. DEMOURA, et al.,                    CASE NO. CV F 09-1344 LJO SKO

               Plaintiffs,          **ORDER FOR STATUS REPORT AS TO SETTLEMENT**
(Doc. 256.)

   vs.

ANDREW J. FORD, et al.,

               Defendants.
_____/

     Settlement has been reached among all parties, and this Court has approved the minor's compromise. As such, this ORDERS the parties, **no later than November 12, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

     This Court VACATES all pending matters and dates.

     Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:    October 29, 2012**              _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES DISTRICT JUDGE