**J. David Nick** (SB#157687)
345 Franklin Street
San Francisco CA, 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**E. D. Lerman** (SB#241471)
695 South Dora Street
Ukiah CA, 95482
Tel:  (707) 468-8300
Fax: (707) 937-2209

**Rebecca P. Mendribil** (SB# 262840)
414 Aviation Blvd
Santa Rosa, CA 95403
Tel: (707) 528-2082
Fax: (707) 578-3140

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA<br><br>           Plaintiff,<br><br>           vs.<br><br>ANDREW J. FORD, JASON TOSTA, COUNTY OF STANISLAUS, CITY OF OAKDALE, and DOES 1 through 40.<br><br>           Defendants. | CASE NO.: 09-CV-01344 LJO (SKO)<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

1  WHEREAS Plaintiffs filed a Complaint in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION entitled ADDISON J. DEMOURA, JESSICA DEMOURA, and JOHN DOE, a minor through Guardian ad Litem, ADDISON J. DEMOURA vs. ANDREW J. FORD, WILLIAM POOLEY, GARY GUFFEY, JASON TOSTA, COUNTY OF STANISLAUS, COUNTY OF TUOLUMNE, CITY OF OAKDALE, and DOES 1 through 40, USDC Eastern District Case No. 09-CV-01344-OWW-GSA, on July 31, 2009;

WHEREAS on September 7, 2012, a settlement conference was held before the HONORABLE MAGISTRATE SHEILA K. OBERTO and a global settlement was reached between the remaining parties in the amount of Forty-One Thousand Dollars ($41,000.00). Thirty-Thousand Dollars ($30,000.00) was to be paid by DEFENDANT ANDREW FORD; Six Thousand Dollars ($6,000.00) was to be paid by DEFENDANT CITY OF OAKDALE; and Five Thousand Dollars ($5,000.00) was to be paid by the COUNTY OF STANISLAUS in exchange for dismissal of all claims with prejudice;

WHEREAS on September 7, 2012, Plaintiffs agreed to dismiss all claims, with prejudice, against defendant JASON TOSTA as a part of the resolution reached by and between the parties and their attorneys;

WHEREAS Plaintiffs, by and through their attorneys, and defendants ANDREW FORD, JASON TOSTA, COUNTY OF STANISLAUS AND CITY OF OAKDALE, by and through their attorneys, further stipulate that all parties carry their own costs and attorney's fees;

WHEREAS Plaintiffs and Plaintiffs' counsel, on October 26, 2012, signed a Release of All Claims;

NOW, THEREFORE, pursuant to the terms of the Release of All Claims signed by the Plaintiffs, and Plaintiffs' counsel, October 26, 2012, and the Order approving Minor's Compromise filed October 17, 2012, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this entire action, including all amended Complaints filed in the action, shall be dismissed with prejudice, and all parties shall carry their own costs and attorney's fees.

**IT IS SO STIPULATED**.

Date:  November 8, 2012
----------/s/----------------------
Rebecca Mendribil,
Attorney for Plaintiffs

1 Date:  November 8, 2012

2

3 ----------/s/----------------------
Kimberly E. Colwell,
4 Attorney for Defendant Jason Tosta

5

6

7 Date:  November 8, 2012

8

9 ----------/s/----------------------
Eric Daniel Farrar,
Attorney for County of Stanislaus
10

11 Date:  November 8, 2012

12

13 ----------/s/----------------------
James Thomas Anwyl,
14 Attorney for Andrew J. Ford

15

16 Date:  November 8, 2012

17

18 ----------/s/----------------------
Bradley A. Post,
Attorney for City of Oakdale
19

20

21

22

23

24

25

26

**ORDER**

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that this entire action is DISMISSED WITH PREJUDICE and that all parties carry their own costs and attorney's fees. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 8, 2012**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE